UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C.V.A.G.,<br><br>      Plaintiff,<br><br> v.<br><br>UR MENDOZA JADDOU, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>      Defendants. | CASE NO. 2:24-cv-01850-JNW<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis, Dkt. 1, is **GRANTED** under 28 U.S.C § 1915(a)(1). The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 18th day of November, 2024.

                  _____
                  BRIAN A. TSUCHIDA
                  United States Magistrate Judge